Benjamin E. Weed (*pro hac vice* to be filed)
benjamin.weed@klgates.com
Kevin T. McCormick (*pro hac vice* to be filed)
kevin.mccormick@klgates.com
Gina A. Johnson (*pro hac vice* to be filed)
gina.johnson@klgates.com
K&L GATES LLP
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000

Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Suite 1200
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

WARN INDUSTRIES, INC.,

Plaintiff,

vs.

AGENCY 6 INC.,

Defendant.

Case No. ___________

**PLAINTIFF WARN INDUSTRIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

**JURY TRIAL DEMANDED**

**TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Warn Industries, Inc. hereby discloses that it is a wholly-owned subsidiary of LKQ Corporation, a publicly traded company.

DATED: July 29, 2022

Respectfully submitted

**K&L GATES LLP**

By: /s/ Peter E. Soskin

Peter E. Soskin (SBN 280347)
Suite 1200
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
peter.soskin@klgates.com

Benjamin E. Weed (*pro hac vice* to be filed)
Kevin T. McCormick (*pro hac vice* to be filed)
Gina A. Johnson (*pro hac vice* to be filed)
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
benjamin.weed@klgates.com
kevin.mccormick@klgates.com
gina.johnson@klgates.com

**ATTORNEYS FOR PLAINTIFF WARN INDUSTRIES, INC.**