UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARN INDUSTRIES, INC., | Case No. 2:22-cv-01358-WBS-JDP |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(M)** |
| v. | |
| AGENCY 6 INC., | |
| Defendant. | |

This Court, having considered Plaintiff's UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(m), and for good cause shown:

IT IS HEREBY ORDERED that

1. The Motion is approved;

2. Plaintiff must serve Defendant with the Complaint in this matter no later than November 28, 2022;

3. The Scheduling Conference is continued to **February 27, 2023 at 1:30 p.m.** A joint status report shall be filed no later than **February 13, 2023** in accordance with the Court's

///

///

Order Granting Extension or Time                 1

1  Order Re: Status (Pretrial Scheduling) Conference filed August 1, 2022 (Docket No. 4).

Dated:  November 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE