1  ANDREI POPOVICI (SBN 234820)
   LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2  2121 North California Blvd. #290
3  Walnut Creek, CA 94596
4  Telephone: (650) 530-9989
   Facsimile: (650) 530-9990
5  Email: andrei@apatent.com

6  *Attorney for Defendant Agency 6 Inc.*

BENJAMIN E. WEED (*pro hac vice* to be filed)
benjamin.weed@klgates.com
KEVIN T. MCCORMICK (*pro hac vice* to be filed)
kevin.mccormick@klgates.com
GINA A. JOHNSON (*pro hac vice* to be filed)
gina.johnson@klgates.com
K&L Gates LLP
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-8000

PETER E. SOSKIN (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Suite 1200
Four Embarcadero Center
San Francisco, CA 94111
Tel: (415) 882-8200
Facsimile: (415) 882-8220

*Attorneys for Plaintiff Warn Industries, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WARN INDUSTRIES, INC. <br><br> Plaintiff, <br> v. <br> AGENCY 6 INC. <br><br> Defendant. | Civ. No: 2:22-cv-01358-WBS-JDP <br><br> **L. R. 144(A) JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE ANSWER TO COMPLAINT TO JANUARY 16, 2023** <br><br> Hon. William B. Shubb |

L.R. 144(A) JOINT STIPULATION EXTENDING TIME
FOR DEFENDANT TO FILE ANSWER TO COMPLAINT
TO JANUARY 16, 2023

1  Pursuant to Civil Local Rule 144(a), Defendant Agency 6 Inc. ("Agency 6") and Plaintiff Warn Industries, Inc. ("Warn"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS the current deadline for Defendant Agency 6 to respond to Plaintiff Warn's Complaint is December 19, 2022;

WHEREAS in light of Defendant Agency 6's need to investigate the factual bases of its defenses and counterclaims and in light of the upcoming Holidays, Defendant Agency 6 seeks additional time to respond and Plaintiff Warn does not oppose this request;

WHEREAS Defendant Agency 6 has not previously sought or received an extension of time to file its Answer;

**IT IS HEREBY STIPULATED AND AGREED** by Defendant and Plaintiff, pursuant to Civil Local Rule 144(a), that the deadline for Defendant Agency 6 to File an Answer to the Complaint (Dkt. 1) is extended by 28 days to January 16, 2023.

Date: December 12, 2022          Respectfully submitted,

LAW OFFICE OF ANDREI D. POPOVICI, P.C.


By:   */s/ Andrei D. Popovici*
      Andrei D. Popovici (SBN 234820)

*Attorney for Defendant Agency 6 Inc.*

Date: December 13, 2022          Respectfully submitted,

K&L GATES LLP


By:   */s/ Benjamin E. Weed*
      *(as authorized on 12/13/2022)*
      Benjamin E. Weed (*pro hac vice* to be filed)

*Attorney for Plaintiff Warn Industries, Inc.*

L.R. 144(A) JOINT STIPULATION
EXTENDING TIME FOR DEFENDANT TO
FILE ANSWER TO COMPLAINT TO
JANUARY 16, 2023                          1                          Civ. No: 2:22-cv-01358-JBS-JDP

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's Complaint on or before January 16, 2023.

Dated:  December 15, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE