1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| WARN INDUSTRIES, INC.<br><br>　　　　　Plaintiff,<br>　v.<br>AGENCY 6 INC.<br><br>　　　　　Defendant. | Civ. No: 2:22-cv-01358-WBS-JDP<br><br>**ORDER GRANTING DEFENDANT AGENCY 6' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE ANSWER TO COMPLAINT**<br><br>Hon. William B. Shubb |

ORDER GRANTING
DEFENDANT'S MOTION TO EXTEND TIME TO FILE
ANSWER TO COMPLAINT

This Court, having considered Defendant Agency 6's Motion for Administrative Relief to Extend Time to File Answer to Complaint, finds good cause having been shown, the Motion is meritorious and is **GRANTED**.

Accordingly, it is hereby ordered that Defendant Agency 6's Answer to the Complaint shall be due (if at all) 14 days after the Court's decision on Defendant Agency 6's Motion to Stay Case Pending Reexamination.

**IT IS SO ORDERED.**

Dated: March 10, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE