Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Suite 1200
Four Embarcadero Center
San Francisco, CA  94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Kevin T. McCormick
kevin.mccormick@klgates.com
K&L GATES LLP
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| WARN INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AGENCY 6 INC.,<br><br>Defendant. | Case No. 2:22-cv-01358-WBS-JDP<br><br>**PLAINTIFF WARN INDUSTRIES, INC.'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Warn Industries, Inc., by and through its undersigned counsel, hereby voluntarily dismisses this action against Defendant Agency 6, Inc., without prejudice with each party to bear its own costs and fees associated with this matter.  Defendant has not filed an answer or a motion for summary judgment. Therefore, voluntary dismissal by Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is appropriate.

| | | |
|---|---|---|
| 1 | DATED: April 3, 2024 | Respectfully submitted |
| 2 | | **K&L Gates, LLP** |
| 3 | | |
| 4 | | By: */s/ Peter E. Soskin* |
| | | Peter E. Soskin (SBN 280347) |
| 5 | | Suite 1200 |
| | | Four Embarcadero Center |
| 6 | | San Francisco, CA  94111 |
| | | Telephone: (415) 882-8200 |
| 7 | | Facsimile: (415) 882-8220 |
| | | peter.soskin@klgates.com |
| 8 | | |
| 9 | | Kevin T. McCormick |
| | | Suite 3300 |
| 10 | | 70 W. Madison Street |
| | | Chicago, IL 60602 |
| 11 | | Tel.: (312) 372-1121 |
| | | Fax: (312) 827-8000 |
| 12 | | kevin.mccormick@klgates.com |
| 13 | | **ATTORNEYS FOR PLAINTIFF WARN INDUSTRIES, INC.** |

2
PLAINTIFF WARN INDUSTRIES, INC.'S NOTICE OF VOLUNTARY DISMISSAL